United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3370
_____

Jeffery D. Williams,                            *
                                                *
          Appellant,                            *
                                                *
     v.                                         *     Appeal from the United States
                                                *     District Court for the
Iowa State Men's Reformatory Health             *     Northern District of Iowa.
Services, et al. (numerous other                *
defendants),                                    *     [UNPUBLISHED]
                                                *
          Appellee.                             *

_____

Submitted: December 5, 1997
Filed: December 12, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Jeffrey D. Williams, an Iowa inmate, appeals the district court's[1] 28 U.S.C.
§ 1915A(b)(1) dismissal of his civil rights action.  Williams brought multiple claims
against the defendants alleging deliberate indifference to assorted medical needs,

_____

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for
the Northern District of Iowa.

violations of equal protection, and other constitutional and statutory violations. Upon a careful review of the record and Williams's brief, we conclude that the district court did not abuse its discretion in dismissing Williams's complaint as frivolous. See Denton v. Hernandez, 504 U.S. 25, 33 (1992) (standard of review); Neitzke v. Williams, 490 U.S. 319, 325 (1989) (frivolous complaint lacks "an arguable basis either in law or in fact"). Accordingly, we affirm. We also deny all of Williams's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.